IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE EDWARD DOZIER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5406

Opinion filed November 14, 2014.

An appeal from the Circuit Court for Duval County.
J. Bradford Stetson, Judge.

Charles L. Truncale, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, MARSTILLER, and OSTERHAUS, JJ., CONCUR.